IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: _2:21-cr-505_ |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| ALPHONZO DAVID CLINTON | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant,

ALPHONZO DAVID CLINTON, as requested by the United States Attorney.  Amount and

conditions of bond to be set by the judicial officer before whom the defendant initially appears.

UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

August ___11___, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By:  s/ Sean Kittrell
     Sean Kittrell (#06032)
     Assistant United States Attorney
     151 Meeting Street
     Charleston, South Carolina 29401
     Telephone: (843) 727-4381
     Email Address: Sean.Kittrell@usdoj.gov